# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cr-00478-TWT
### USA v. Maughon et al
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 02/22/2012.

TIME COURT COMMENCED: 11:09 A.M.
TIME COURT CONCLUDED: 11:50 A.M.
TIME IN COURT: 0:41
OFFICE LOCATION: Atlanta

COURT REPORTER: Susan Baker
USPO: Scott Hudson
DEPUTY CLERK: Sheila Sewell

| | |
|---|---|
| DEFENDANT(S): | [2]Rafael Villarreal, Sr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Steven Grimberg representing USA<br>Paul Kish representing Rafael Villarreal |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court adopted as facts those not objected to in pre-sentence report as findings of the Court. The Court heard from counsel regarding objections to PSR which were sustained in part and overruled in part. The Court heard from counsel and determined that this would be a guideline sentence for the reasons stated. The Court pronounced sentence - Custody of Bureau of Prisons 60 months to be followed by 3 years supervised release, $100.00 Special Assessment,restitution to be detailed in an order of restitution to be submitted by the parties and subject to deportation. The Court inquired as to Jones Objections. There were none by the government and as stated by defense counsel . The Court advised the defendant of his/her right to appeal the sentence within 14 days. |
| HEARING STATUS: | Hearing Concluded |